[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 19-10625
Non-Argument Calendar
_____

D.C. Docket No. 6:18-cr-00124-RBD-GJK-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ROBERT BLAKE MADURIE,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(March 12, 2020)

Before MARTIN, ROSENBAUM and LAGOA, Circuit Judges.

PER CURIAM:

Leland Kynes, appointed counsel for Robert Madurie in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Madurie's convictions and sentences are **AFFIRMED**.